E-FILED
Friday, 05 November, 2004  11:05:34 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: _____ |
| BERNADETTE MONROE, | ) ) | Violations: 18 U.S.C. § 1341 |
| Defendant. | ) ) | 18 U.S.C. § 2 |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

1. That starting in or about 1996, Pamela Houston was employed by a company which contracted with the Illinois Department of Human Services, Office of Rehabilitation Services (ORS). Part of Houston's duties were to accurately enter the number of hours a personal assistant (PA) worked to provide services to their client during a period of time. The hours would then be transmitted to the Office of the Comptroller for the State of Illinois, and a check or warrant would be issued to the PA for the number of hours worked times the hourly wage, less deductions.

2. Starting in approximately 1998, and continuing until 2003, Pamela Houston and others devised a scheme to defraud by making false computer entries, which identified an acquaintance, friend or relative as working certain hours as a PA that were not actually worked. These entries would cause the State of Illinois to issue a check or warrant to the named PA for these hours not actually worked, and Houston and the others would then split the money.

3. From in or about June of 1999, through in or about July of 2003,

**BERNADETTE MONROE,**

defendant herein, did devise and participate in this scheme to defraud through the United States mail.

4. In furtherance of the scheme, and to effect its objects, on or about June 27, 2003, in the Central District of Illinois, and elsewhere,

**BERNADETTE MONROE,**

knowingly caused to be delivered by the United States mail, and took or received therefrom, according to the direction thereon, an envelope containing check number SH6216730 issued by the State of Illinois in Springfield, Illinois and made payable to Bernadette Monroe, which was payment for services as a PA that were not rendered.

In violation of Title18, United States Code, Sections 1341 and 2.

JAN PAUL MILLER
UNITED STATES ATTORNEY

 s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov