AO 455 (Rev. 5/85 Waiver of Indictment)

FILED
NOV 22 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

### CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

v.

BERNADETTE MONROE

**WAIVER OF INDICTMENT**

CASE NUMBER:   04-30060

I, Bernadette Monroe, the above-named defendant, who is accused of:

Mail fraud and Aiding and Abetting in violations of
18 U.S.C. §1341 and 18 U.S.C. §2

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **November 22, 2004** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Bernadette Monroe*
Bernadette Monroe, Defendant

*Bruce D Locher*
Bruce Locher, Counsel for Defendant

Before   s/Jeanne E. Scott
         Judicial Officer