UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-30060-001 |
| BERNADETTE MONROE, | ) |
| Defendant. | ) |

**MOTION FOR DOWNWARD DEPARTURE UNDER**
**GUIDELINE SECTION 5K1.1**

COMES NOW the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois and Patrick D. Hansen, Assistant U.S. Attorney, and pursuant to United States Sentencing Guideline Section 5K1.1 respectfully requests that this Court make a two guideline level downward departure for the defendant's assistance to authorities in this case, and in furtherance of this request, states as follows:

1.	That on or about November 22, 2004 the defendant entered a plea of guilty with this Court pursuant to a written plea agreement.

2.	That under paragraphs 14 and 15 of that agreement, the defendant agreed to cooperate with the government and to provide truthful information and testimony, if necessary. In turn, the government reserved the right to make a motion at the time of sentencing for a downward departure from the guidelines if the defendant provided substantial assistance in the investigation or prosecution of other criminal offenses.

1

3.	The defendant has provided truthful information, and this cooperation has assisted in the prosecution of other criminal offenses. In return for the good faith efforts of this particular defendant, the government seeks to reduce her advisory guideline level by 20%.

4.	The revised pre-sentence report in this case correctly reflects an adjusted offense level of 10, and criminal history category of I, which suggests a sentencing range of 6-12 months. Due to the cooperation of the defendant, the United States of America respectfully requests that this Court consider a sentence from the range of an offense level 8 with a criminal history category of I, or 0-6 months.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


By:	s/Patrick D. Hansen
	Patrick D. Hansen
	Assistant United States Attorney
	Illinois Bar No. 6187536
	318 South 6th Street
	Springfield, IL 62701
	Telephone: (217) 492-4450
	patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce Locher

                                  s/Patrick D. Hansen
                                  Patrick D. Hansen
                                  Assistant United States Attorney
                                  318 South Sixth Street
                                  Springfield, IL 62701
                                  (217) 492-4450
                                  Fax: (217) 492-4512
                                  patrick.hansen@usdoj.gov