E-FILED
Tuesday, 07 June, 2005 02:16:42 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
04-30060-001

DOCKET NUMBER (Rec. Court)
05-30085-MJR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| Bernadette Monroe<br>2106 Gaty Avenue<br>East St. Louis, IL 62205 | NAME OF SENTENCING JUDGE<br>Jeanne E. Scott | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/04/05 — TO 03/03/10 |

OFFENSE

Mail Fraud, 18 U.S.C. § 1341

FILED
JUN - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 25, 2005
Date

s/Jeanne E. Scott
JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/18/05
Effective Date

Michael Reagan
United States District Judge

FILED MAY 24 PM 2:52