E-FILED
Tuesday, 07 June, 2005  02:20:15 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL:
217.492.4020
FAX:
217.492.4028

June 7, 2005

U.S. District Clerk's Office

750 Missouri Avenue
East St. Louis, IL 62201

IN RE:  USA V BERNADETTE MONROE
         CDIL #:  04-30060 ;  SDIL #:  05-30085

Dear Clerk:

   On June 6, 2005 a transfer of jurisdiction order was entered transferring jurisdiction of the above-mentioned defendant from this District Court to the U.S. District Court, Southern District of Illinois, a certified copy of which is enclosed.

   This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain copies of any documents that you may need in opening your file. We have assigned a login and password for district courts to use in accessing this information. The login is:XXXXXX and the password is: XXXXX.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

   Enclosed with this letter are any financial records on the above-listed defendant.

   Please acknowledge receipt of transfer on the enclosed copy of this letter.  If you should need further assistance, please do not hesitate to contact the Clerk's Office at 217/492-4020.

                          Very truly yours,

                          JOHN M. WATERS, CLERK
                          U.S. DISTRICT COURT

                          By: _____
                               Deputy Clerk

Enclosure(s)
MW/mrc

Receipt Acknowledged on:_____
By:_____
Attention District Court Clerks:

**Please REMOVE LOGIN and PASSWORD when DOCKETING into CMECF**.